UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

           Plaintiff,

  v.

MARCELINO RAMOS-LOPEZ,

           Defendant.

NO. CR-07-0150-LRS-4

**ORDER RE POST-TRIAL MOTIONS**

    This order is entered to memorialize and supplement the rulings by the Court made on November 20, 2008, at the scheduled sentencing hearing.

    **IT IS HEREBY ORDERED:**

    1.  Defendant Ramos-Lopez's Renewed Motion to Acquittal, or in the Alternative for a New Trial, **Ct. Rec. 333**, filed on August 23, 2008 in NO. CR-07-0150-LRS-4, is **DENIED for the reasons stated on the record at trial**.

    2.  Defendant Ramos-Lopez's Motion for Extension of Time to File Briefing in Support of Motion for Acquittal or New Trial, **Ct. Rec. 335**, filed in NO. CR-07-0150-LRS-4, is **GRANTED.**  All briefing from counsel for

ORDER - 1

the Defendant has bee considered by the court prior to its oral ruling denying the motion.

3.  Defendant Ramos-Lopez's Motion for Expedited Hearing on Motion to Extend Time, **Ct. Rec. 337**, filed in NO. CR-07-0150-LRS-4, is **GRANTED.**

4.  Defendant Ramos-Lopez's Motion for Downward Departure, **Ct. Rec. 370**, filed in NO. CR-07-0150-LRS-4, is **DENIED.**

5.  Defendant Ramos-Lopez's Motion To Strike Government's Notice of Review of Presentence Investigation Report and Sentencing Memorandum, **Ct. Rec. 403**, filed in NO. CR-07-0150-LRS-4, is **DENIED.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to all counsel, the U.S. Probation Office, the U.S. Marshal, and the Jury Administrator.

**DATED** this___26th___ day of November, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2